In the Matter of CHRISTOPHER M.E., Respondent, v LINDA S., Appellant.

Submitted September 25, 2006; decided November 21, 2006

On the Court's own motion, appeal dismissed, without costs,

upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]). Motion for poor person relief and for the assignment of new counsel on the appeal taken as of right dismissed as academic.